# EXHIBIT 2

# Business Entity Summary

**ID Number: 001528337**

[Request certificate]  [New search]

**Summary for:** MAST HILL FUND, L.P.

| | |
|---|---|
| **The exact name of the Foreign Limited Partnership (LP):** | MAST HILL FUND, L.P. |
| **The name used to transact business in Massachusetts:** | MAST HILL FUND, LIMITED PARTNERSHIP |
| **Entity type:** Foreign Limited Partnership (LP) | |
| **Identification Number:** 001528337 | |
| **Date of Registration in Massachusetts:** 08-25-2021 | **Date of Revival:** |
| | **Last date certain:** |
| **Organized under the laws of: State:** DE **Country:** USA **on:** 08-19-2021 | |

**The location of the Principal Office:**

Address:   150 GROSS MAN DR., SUITE 205
City or town, State, Zip code, Country:       BRAINTREE,   MA   02184   USA

**The location of the Massachusetts office, if any:**

Address:   150 GROSSMAN DR., SUITE 205
City or town, State, Zip code, Country:       BRAINTREE,   MA   02184   USA

**The name and address of the Resident Agent:**

Name:    LANE MURPHY
Address:   150 GROSSMAN DR., SUITE 205
City or town, State, Zip code, Country:       BRAINTREE,   MA   02184   USA

**The name, business, and residence address of each General Partner:**

| Title | Individual name | Address |
|---|---|---|
| GENERAL PARTNER | MAST HILL GENERAL PARTNER, LLC | 150 GROSSMAN DR., SUITE 205 BRAINTREE, MA 02184 USA<br>150 GROSSMAN DR., SUITE 205 BRAINTREE, MA 02184 USA |