# EXHIBIT 3

# Business Entity Summary

**ID Number: 001527791**

[Request certificate] [New search]

**Summary for: MAST HILL GENERAL PARTNER, LLC**

| | |
|---|---|
| **The exact name of the Foreign Limited Liability Company (LLC):** MAST HILL GENERAL PARTNER, LLC |
| **Entity type:** Foreign Limited Liability Company (LLC) |
| **Identification Number:** 001527791 |

| | |
|---|---|
| **Date of Registration in Massachusetts:** 08-23-2021 | **Date of Revival:** |
| | **Last date certain:** |

| |
|---|
| **Organized under the laws of: State: DE Country: USA on: 08-16-2021** |

**The location of the Principal Office:**

Address:    48 PARKER RD.

City or town, State, Zip code, Country:        WELLESLEY,  MA  02482  USA

**The location of the Massachusetts office, if any:**

Address:    48 PARKER RD.

City or town, State, Zip code, Country:        WELLESLEY,  MA  02482  USA

**The name and address of the Resident Agent:**

Name:    LANE MURPY

Address:    150 GROSSMAN DRIVE, SUITE 205

City or town, State, Zip code, Country:        BRAINTREE,  MA  02184  USA

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| MANAGER | STRAGO, LLC | 5791 COMSTOCK CT. CYPRESS, CA 90630 USA USA |
| MANAGER | FAST LANE MURPHY LLC | 48 PARKER RD. WELLESLEY, MA 02482 USA |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | FAST LANE MURPHY LLC | 48 PARKER RD. WELLESLEY, MA 02482 USA |
| REAL PROPERTY | STRAGO, LLC | 5791 COMSTOCK CT. CYPRESS, CA 90630 USA USA |