# EXHIBIT 4

# Business Entity Summary

**ID Number: 001526001**

[Request certificate] [New search]

**Summary for:** FAST LANE MURPHY LLC

| | |
|---|---|
| **The exact name of the Domestic Limited Liability Company (LLC):** | FAST LANE MURPHY LLC |
| **Entity type:** | Domestic Limited Liability Company (LLC) |
| **Identification Number:** | 001526001 |
| **Date of Organization in Massachusetts:** 08-13-2021 | **Date of Revival:** |
| | **Last date certain:** |

**The location or address where the records are maintained** (A PO box is not a valid location or address):

Address: ONE ASHBURTON PLACE ROOM 1717

City or town, State, Zip code, Country: BOSTON, MA 02108 USA

**The name and address of the Resident Agent:**

Name: LANE MURPHY

Address: 150 GROSSMAN DRIVE, SUITE 205

City or town, State, Zip code, Country: BRAINTREE, MA 02184 USA

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| MANAGER | LANE MURPHY | 150 GROSSMAN DRIVE, SUITE 205 BRAINTREE, MA 02184 USA USA |

**In addition to the manager(s), the name and business address of the person(s) authorized to execute documents to be filed with the Corporations Division:**

| Title | Individual name | Address |
|---|---|---|
| | | |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | LANE MURPHY | 150 GROSSMAN DRIVE, SUITE 205 BRAINTREE, MA 02184 USA USA |