UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAST HILL FUND, L.P., | Case No.: |
| Plaintiff, | Superior Court No.: 2484-CV-01736 |
| -against- | **DECLARATION OF JACOB COHEN IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL** |
| AMERICAN INTERNATIONAL HOLDINGS CORP., JACOB COHEN, and MANGOCEUTICALS, INC., | |
| Defendants. | |

I, Jacob Cohen, declare under penalty of perjury that the following facts are true and correct:

1. I am a named defendant in the above-captioned action, the Chief Executive Officer ("CEO") of Mangoceuticals, Inc. ("Mango"), and the former CEO of American International Holdings Corp. ("AMIH"). As such, I am fully familiar with the facts and circumstances herein.

2. I make this Declaration in support of Defendants' removal of this action to this Court. Defendants have been sued by Plaintiff Mast Hill Fund, LP ("Plaintiff") in state court in Massachusetts for alleged breaches of contract, unjust enrichment, fraud, and tortious interference (the "State Action").

3. AMIH is a Nevada corporation headquartered in Electra, Texas. Mango is a Texas corporation headquartered in Dallas, Texas. I reside in Dallas, Texas. I do not live anywhere else, and I do not intend to move out of Dallas. This has been the case since before the State Action was commenced. AMIH and Mango are not and have never been incorporated or headquartered in California or Massachusetts.

Dated: October 1, 2024

_Jacob D. Cohen_
JACOB COHEN